# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KURT PHILLIPS, MICHAEL MANSON, THOMAS GRAHAM, and AUSTIN KOHL, on behalf of themselves and all other similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BAY BRIDGE ADMINISTRATORS, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:23-CV-00022-DAE<br><br>Judge David A. Ezra |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

The Parties hereby notify the Court that they have reached a settlement in principle to resolve this matter as a class action through the assistance of Mediator Jill Sperber. Plaintiffs intend to file a motion for preliminary approval of class action settlement within 45 days of the filing of this notice.

Dated:  November 30, 2023　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Joe Kendall*<br>JOE KENDALL<br>Texas Bar No. 11260700<br>**KENDALL LAW GROUP, PLLC**<br>3811 Turtle Creek Blvd., Suite 825<br>Dallas, Texas 75219<br>Phone:214-744-3000<br>Fax: 214-744-3015<br>jkendall@kendalllawgroup.com<br><br>*Interim Local Counsel for Plaintiffs*<br><br>Terence R. Coates (admitted *pro hac vice*)<br>Justin C. Walker (admitted *pro hac vice*)<br>Jonathan T. Deters (admitted *pro hac vice*) | /s/ *Christopher S. Dodrill*<br>**GREENBERG TRAURIG, LLP**<br>Timothy A. Butler (admitted *pro hac vice*)<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone: 678.553.2326<br>Facsimile: 678.553-2212<br>tim.butler@gtlaw.com<br><br>Christopher S. Dodrill<br>Texas Bar No. 24110696<br>2200 Ross Avenue, Suite 5200<br>Dallas, TX 75201<br>Telephone: 214.665-3600<br>Facsimile: 214.665.3601 |

1

| | |
|---|---|
| **MARKOVITS, STOCK & DEMARCO, LLC**<br>119 East Court Street, Suite 530<br>Cincinnati, OH 45202<br>Phone: (513) 651-3700<br>Fax: (513) 665-0219<br>tcoates@msdlegal.com<br>jwalker@msdlegal.com<br>jdeters@msdlegal.com<br><br>*Interim Class Counsel for Plaintiffs* | dodrillc@gtlaw.com<br><br>Emily W. Collins<br>Texas Bar No. 24099185<br>300 West 6th St., Suite 2050<br>Austin, TX 78701<br>Telephone: 512.320.7274<br>Facsimile: 512.320.7210<br>collinse@gtlaw.com<br><br>*Attorneys for Defendant*<br>*Bay Bridge Administrators, LLC* |

Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Joseph M. Lyon (admitted *pro hac vice*)
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 540-4091
jlyon@thelyonfirm.com

Gary E. Mason (admitted *pro hac vice*)
**Mason LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Phone: (202) 429-2290
gmason@masonllp.com

*Interim Executive Committee Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served on all counsel of record on November 30, 2023 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

                                        /s/ *Joe Kendall*
                                        JOE KENDALL